JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| ADAM TAMBURELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC; MASSAGE ENVY; MASSAGE ENVY SPA MARINA DEL REY; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:17-cv-04208 AB (AGRx)**<br><br>*Assigned to Hon. Andre Birotte, Jr.; Courtroom 7b*<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ACTION**<br><br>[Filed Concurrently with Notice of Lodging of [Proposed] Order; Joint Stipulation to Dismiss Action]<br><br>Complaint filed: June 7, 2017 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Based on the Stipulation of the Plaintiff ADAM TAMBURELLI ("Plaintiff") and Defendant MARINA CLINIC DEVELOPMENT, INC. dba Massage Envy Marina Del Rey erroneously sued as MASSAGE ENVY SPA MARINA DEL REY ("Defendant") (collectively, the "Parties"), and upon good cause showing, the Court issues the following orders:

///

IT IS HEREBY ORDERED that:

1. The above-captioned case is hereby dismissed as to all parties and all causes of action;

2. Plaintiff's individual claims are dismissed, with prejudice;

3. The claims of the alleged putative class are dismissed, without prejudice;

4. All further proceedings in this action are terminated; and

5. The Parties shall bear their own costs and attorneys' fees associated with this action and the dismissal of this action.

IT IS SO ORDERED.

Dated: March 02, 2018

Hon. André Birotte Jr.
U.S. District Court Judge,
Central District of California